1
2                                                 **Case Number:** _____
3
4
5
6
7
8                                     **CERTIFICATE OF FUNDS**
9                                              **IN**
10                                     **PRISONER'S ACCOUNT**
11
12        I certify that attached hereto is a true and correct copy of the prisoner's trust account
13 statement showing transactions of _____ for the last six months
14 _____ [prisoner name] where (s)he is confined.
                  [name of institution]
15        I further certify that the average deposits each month to this prisoner's account for the
16 most recent 6-month period were $ _____ and the average balance in the prisoner's
17 account each month for the most recent 6-month period was $_____.
18
19 Dated:_____                       _____
20                                                 [Authorized officer of the institution]
21
22
23
24
25
26
27
28