IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER, ) | No. C 10-05501 EJD (PR) |
| Petitioner, ) | ORDER OF DISMISSAL |
| vs. ) | |
| STATE OF CALIFORNIA, et al., ) | |
| Respondent. ) | |

    Petitioner, a state prisoner proceeding pro se, filed a petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 15, 2011, Petitioner was directed to file an In Forma Pauperis Application within thirty days of the order. (Docket No. 11.)

    On December 23, 2010, Plaintiff filed an IFP application which was deficient because Plaintiff failed to attach a Certificate of Funds in Prisoner's Account completed and signed by an authorized officer at the prison and a copy of his prisoner trust account statements showing transactions for the last six months. (Docket No. 4.) On April 15, 2011, the Court directed Petitioner to file an In Forma Pauperis Application or pay the filing fee within thirty days, *i.e.*, by May 15, 2011, to avoid dismissal of the action. (Docket No. 11.)

Order of Dismissal
P:\PRO-SE\SJ.EJD\HC.10\Fuller05501_dism-ifp.wpd

The deadline has since passed, and Petitioner has neither paid the filing fee nor filed the necessary documents to complete his IFP application. Accordingly, this case is DISMISSED without prejudice for failure to pay the filing fee.

The Clerk shall terminate any pending motions and close the file.

DATED: June 6, 2011 
EDWARD J. DAVILA
United States District Judge

Order of Dismissal
P:\PRO-SE\SJ.EJD\HC.10\Fuller05501_dism-ifp.wpd            2

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH ADRIAN FULLER,

        Petitioner,

v.

STATE OF CALIFORNIA,

        Respondent.

Case Number: CV10-05501 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  6/8/2011 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller G-41065
Folsom State Prison
P.O. Box 950
Folsom, CA 95763

Dated:  6/8/2011

                Richard W. Wieking, Clerk
/s/   By: Elizabeth Garcia, Deputy Clerk