IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KENNETH ADRIAN FULLER, | No. C 10-05501 EJD (PR) |
| Petitioner, | ORDER OF DISMISSAL |
| vs. | |
| STATE OF CALIFORNIA, et al., | |
| Respondent. | |

Petitioner, a state prisoner proceeding pro se, filed a petition for writ of habeas corpus under 28 U.S.C. § 2254. On February 6, 2013, Court dismissed the petition with leave to amend because it was unclear whether all the claims had been exhausted in the state courts. (Docket No. 27.) The Court advised Petitioner that the amended petition should contain only exhausted claims, and that if he failed to file an amended petition within twenty-eight days from the date the order is filed, *i.e.*, no later than March 6, 2013, the Court would dismiss this action without prejudice. (See id. at 3.)

The deadline has since passed, and Petitioner has not filed an amended petition. Accordingly, this action is DISMISSED without prejudice.

The Clerk shall terminate any pending motions.

DATED: 4/5/2013

EDWARD J. DAVILA
United States District Judge

Order of Dismissal
G:\PRO-SE\SJ.EJD\HC.10\Fuller05501_dism.wpd

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

KENNETH ADRIAN FULLER,

    Petitioner,

v.

STATE OF CALIFORNIA, et al.,

    Respondent.
    _____/

Case Number: CV10-05501 EJD

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on 4/8/2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kenneth Adrian Fuller
45 Pearce Street
Petaluma, CA 95490

Dated: 4/8/2013

Richard W. Wieking, Clerk
/s/ By: Elizabeth Garcia, Deputy Clerk